CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 2 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

**UNITED STATES OF AMERICA**                    **Case No. 5:09-cr-00032-2**

**v.**                                          **ORDER**

**MOISES MOREJON,**              **By:    Hon. Michael F. Urbanski**
    **Petitioner.**                    **United States District Judge**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is

**DISMISSED** without prejudice as successive, a certificate of appealability is **DENIED**, and the

case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Petitioner and counsel of record for the United States.

ENTER: This 21st day of June, 2016.

*/s/ Michael F. Urbanski*

United States District Judge